# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 11 EAL 2016

         Respondent

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

         v.

CHARLES T. MABINE,

         Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.